# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Johnny Lee Parker**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:18-cv-49-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Southern Health Partners, et al**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 2, 2018 Order.

August 2, 2018

Frank G. Johns, Clerk
United States District Court